IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIRON B. SPRINGFIELD,

      Plaintiff,                      No. 2:12-CV-2552 GGH P

    vs.

UNKNOWN,

      Defendant.                 <u>ORDER</u>

_____/

        On October 12, 2012, an individual, apparently an inmate of California Medical Facility, directed a brief letter to the Clerk of the Court stating that he "will have hung" himself by the time his letter reached the court. He states that he is depressed, apparently about the difficulty he is having in attempting to access the court "from the Department of Mental Health." There is no § 1983 action pending in this court for this putative plaintiff at this time, but his communication indicates that he has apparently been trying to file one. In view of the troubled state of mind and dire threat to himself Inmate Springfield reveals in his letter, the court HEREBY ORDERS that:

        1. Supervising Deputy Attorneys General Monica Anderson and/or Jennifer Neill must contact the warden of California Medical Facility - Vacaville (apparently, Vimal Singh) forthwith to investigate Inmate Springfield's status and ascertain that he is not in imminent

1

1  danger of carrying out his suicide threat; and

2      2.   Ms. Anderson and/or Ms. Neill are to inform the court of Mr. Springfield's

3  status by no later than Monday, October 15, 2012.

4  DATED: October 12, 2012

                            /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:009
spri2552.ord