UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>VISMAL J. SINGH,<br><br>                    Defendants. | No.  2:12-CV-2552 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action pursuant to 42 U.S.C. § 1983.  As set forth in the Order filed on June 27, 2013 (ECF No. 24), this court found certain of plaintiff's claims in his first amended complaint to be colorable.  However, plaintiff's conspiracy claims were dismissed with leave to amend within 28 days.  Plaintiff was also provided the option to proceed on the amended complaint without delaying service of process by consenting to the dismissal of his claims of conspiracy.  ECF No. 24 at 5.  Plaintiff was provided the forms necessary for the completion of service of process upon sixteen defendants named in his first amended complaint.  Id.  Although plaintiff has not yet returned the form indicating his consent to the dismissal of those claims, such consent appears to be implicit in his recent request filed on July 15, 2013.  ECF No. 25.  Plaintiff states that he is housed at Salinas Valley State Prison Department State Hospital [sic], where there is no access to a paging system, the law library or a copy machine.  Id.  Plaintiff asks the court to provide the copies necessary

1  "for summons." Id. Plaintiff's first amended complaint (FAC) is 103 pages in length including
2  exhibits. ECF No. 21. However, the body of the FAC is comprised of 24 pages. Therefore,
3  plaintiff need only provide to the court, in addition to the copy the court has previously provided
4  plaintiff, sixteen copies of the first 24 pages of his FAC in order for the court to be able to order
5  service upon the defendants. He must provide only one completed summons itself, as well as the
6  completed USM-285 forms.

   If plaintiff cannot obtain the requisite copies of the FAC by contacting the prison official
responsible for ensuring that inmates at plaintiff's institution retain their ability to access the
courts, then plaintiff must provide the name and location of any such individual to the court and
the reason stated for denying plaintiff's copies. The Clerk of the Court will also provide plaintiff
with information regarding the process and cost for the Clerk's Office to provide copies of
documents.

DATED: July 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2