1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CIRON SPRINGFIELD,                    No.  2:12-cv-2552 KJM AC P

12                  Plaintiff,

13          v.

14   VIMAL SINGH, et al.,

15                  Defendants.

16

17   CIRON SPRINGFIELD,                    No.  2:13-cv-0809 KJN P

18                  Plaintiff,

19          v.                             RELATED CASE ORDER

20   K. ALLEN, et al.,

21                  Defendants.

22          The court has received the Notice of Related Cases concerning the above-captioned cases

23   filed October 17, 2013.  *See* Local Rule 123.

24          Examination of the above-entitled actions reveals that these cases are related within the

25   meaning of Local Rule 123(a).  The actions involve the same property, transaction or event and

26   similar questions of fact and the same question of law.  Accordingly, assignment of the matters to

27   /////

28
                                          1

1   the same judge is likely to effect a substantial saving of judicial effort and is also likely to be

2   convenient for the parties.

3   The parties should be aware that relating the cases under Local Rule 123 merely has the

4   result that the actions are assigned to the same judge; no consolidation of the actions is effected.

5   Under the regular practice of this court, related cases are generally assigned to the judge and

6   magistrate judge to whom the first filed action was assigned.

7   Therefore, IT IS ORDERED that the action denominated as No. 2:13-cv-0809 KJN P is

8   reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Allison Claire for all

9   further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be

10   shown as No. 2:13-cv-0809 KJM AC P and any and all dates currently set before the Honorable

11   Kendall J. Newman only are hereby vacated.

12   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in

13   the assignment of civil cases to compensate for this reassignment.

14   IT IS SO ORDERED.

15   DATED:  January 24, 2014.

16

17

18   _____
     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28