IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON SPRINGFIELD,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**VIMAL J. SINGH, et al. ,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:12-cv-2552-AC<br><br>[~~PROPOSED~~] ORDER |

The Court has considered Defendants' request for extension of time to file (re-file) their motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Good cause appearing:

**IT IS ORDERED** that Defendants have until May 1, 2014, to file and serve the motion.

Dated:  April 29, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

Order　　　　　　　　　　　　　　　　(2:12-cv-2552-AC)