UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VIMAL J. SINGH, et al.,<br><br>　　　　　　Defendants. | No.  2:12-cv-2552 KJM AC P<br><br><br>ORDER |

Plaintiff has filed motions for extension of time to file an opposition to defendants' April 24, 2014 motion for summary judgment and a response to defendants' April 25, 2014 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motions for an extension of time (ECF No. 58 and 59) are granted;

　　　2. Plaintiff is granted sixty days from the date of this order in which to file a response to the motion for summary judgment and to the motion to dismiss.  Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: July 14, 2014.

　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE