IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON SPRINGFIELD,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**VIMAL J. SINGH, et al. ,**<br><br>                              Defendants. | Case No. 2:12-cv-2552 KJM AC P<br><br><br>**[PROPOSED]** ORDER |

　　The Court, having considered Defendants' request, nunc pro tunc, for a thirty-day extension of time to file objections to the Magistrate Judge's Findings and Recommendations, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants have until May 14, 2015, to file and serve their objections.

DATED: April 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1