UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>Plaintiff,<br><br>v.<br><br>VISMAL J. SINGH, et al.,<br><br>Defendants. | No. 2:12-cv-2552 KJM AC P<br><br><br>ORDER APPOINTING<br><br>LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed October 7, 2015, the undersigned found that appointment of counsel is warranted for the limited purpose of investigating, drafting, filing, and serving on the remaining defendants, a comprehensive Second Amended Complaint that conforms to the court's recent rulings.  See ECF No. 88.

Carter C. White has been selected from the court's pro bono attorney panel to represent plaintiff for these purposes and has accepted the appointment.[1]

////

////

---

[1] After the Second Amended Complaint is filed and served, the court will inquire whether appointed counsel remains available to participate in a settlement conference or other further proceedings.  See ECF No. 88 at 3.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White is appointed as counsel in this case for the limited purposes noted above. Appointed counsel shall file and serve a Second Amended Complaint within sixty (60) days after the filing date of this order, subject to extension upon a showing of good cause.

2. Carter C. White's appointment will terminate within thirty (30) days after the Second Amended Complaint is filed and served, unless extended by the court upon the request of counsel, or pursuant to counsel's agreement upon request of the court.

3. Appointed counsel shall notify Sujean Park at 916- 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, One Shields Avenue, Building TB-30, Davis, California 95616.

SO ORDERED.

DATED: October 28, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE