1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON SPRINGFIELD,<br><br>         Plaintiff,<br><br>     v.<br><br>VISMAL J. SINGH, et al.,<br><br>         Defendant. | No.  2:12-cv-2552 KJM AC P<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME TO<br>FILE SECOND AMENDED COMPLAINT** |

The parties stipulate and ask this Court to enter an Order allowing Plaintiff an additional 30 days, until January 26, 2017, to file the Second Amended Complaint in this matter.  Good cause exists for this extension of time as explained in the declaration of Carter White, attached to this stipulation.

Dated: December 27, 2016

                                             */S/ Carter C. White*
                                             _____
                                             Carter C. White
                                             Attorney for Plaintiffs

                                             */S/ Tyler Heath*
                                             _____
                                             Tyler Heath
                                             Attorney for Defendants

1

|   |   |
|---|---|
| 1 | **[Proposed] Order** |

Plaintiff's deadline to file the Second Amended Complaint in this matter is extended to on or before January 26, 2017.

IT IS SO ORDERED.

DATED: December 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2