IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON SPRINGFIELD,** | Case No. 2:12-cv-2552-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| **VIMAL J. SINGH, et al. ,** | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing, defendants Allen, Arnold, Clemons, Hernandez, Lee, Mebane, Romero, Singh, and Williams' deadline to file a response to the Second Amended Complaint in this matter is extended to March 10, 2017.

DATED: February 10, 2017

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-2552-AC)