UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, <br><br>     Plaintiff, <br><br>     v. <br><br> VISMAL J. SINGH, et al., <br><br>     Defendants. | No. 2:12-cv-2552 KJM AC P <br><br> <u>ORDER EXTENDING APPOINTMENT</u> <br> <u>OF LIMITED PURPOSE COUNSEL</u> |

In light of the parties' stipulation to extend time to March 10, 2017 for defendants' response to plaintiff's Second Amended Complaint, IT IS HEREBY ORDERED that the appointment of Carter C. White as plaintiff's legal representative is extended through March 17, 2017. The court will revisit the status of counsel at that time.

DATED: February 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE