UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, <br><br>  Plaintiff, <br><br>  v. <br><br> VISMAL J. SINGH, et al., <br><br>  Defendants. | No. 2:12-cv-2552 KJM AC P <br><br><br> ORDER |

In light of the settlement conference scheduled in this case for April 14, 2017, IT IS HEREBY ORDERED that:

1. The appointment of Carter C. White as plaintiff's legal representative is extended until further order of this court; and

2. Defendants' response to plaintiff's Second Amended Complaint shall be due on April 28, 2017.  This deadline may be further extended by stipulation of the parties, for a period not exceed fourteen additional days, should settlement negotiations extend beyond the date of the conference.

SO ORDERED.

DATED: March 2, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE