# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON B. SPRINGFIELD,** | **No. 2:12-cv-2552 KJM AC P** |
| **Plaintiff,** | |
| **v.** | |
| **VISMAL J. SINGH, et al.,** | |
| | **ORDER & WRIT OF HABEAS CORPUS** |
| **Defendants.** | **AD TESTIFICANDUM** |

Ciron B. Springfield, CDCR # P-70044, a necessary and material witness in a settlement conference in this case on April 14, 2017, is confined in the California Medical Facility (CMF), in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Friday, April 14, 2017, at 9:30 a.m.

### ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: March 2, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE