UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD<br><br>Plaintiff,<br><br>v.<br><br>VISMAL J. SINGH, et al.,<br><br>Defendants. | No. 2:12-cv-2552 KJM AC P<br><br><br><br><br><br>ORDER |

Due to the further settlement conference in this case scheduled for May 15, 2017, IT IS HEREBY ORDERED that defendants' response to plaintiff's Second Amended Complaint shall not be due until further order of this court.

DATED: April 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE