# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON B. SPRINGFIELD,** | No. 2:12-cv-2552 KJM AC P |
| **Plaintiff,** | |
| v. | |
| **VISMAL J. SINGH, et al.,** | |
| **Defendants.** | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**Plaintiff Ciron B. Springfield**, CDCR # P-70044, is a necessary and material witness in a further settlement conference in this case on June 7, 2017. **Plaintiff is now confined in California State Prison-Sacramento (CSP-SAC), in the custody of the Warden**. In order to secure this inmate's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Carolyn K. Delaney at the United States District Court, Courtroom 24, 501 I Street, Sacramento, California 95814, on **Wednesday, June 7, 2017, at 9:30 a.m.**

## ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-SAC, P.O. Box 290002, Represa CA 95671:**

**WE COMMAND** you to produce the inmate named above to testify before United States Magistrate Judge Carolyn K. Delaney at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated: May 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

spri2552.841.writ.4