UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>VISMAL J. SINGH, et al.,<br><br>    Defendants. | No. 2:12-cv-2552 KJM AC P<br><br><br><br><br><br>ORDER |

Plaintiff's appointed counsel, Mr. Carter C. White, has filed and served a motion to withdraw from representation of plaintiff. See ECF No. 124. Plaintiff will be directed to file and serve a response to Mr. White's motion. Plaintiff need only indicate whether or not he opposes Mr. White's withdrawal. Plaintiff is informed that counsel's withdrawal, if approved, would have no effect on the enforceability of the parties' existing settlement agreement. The settlement judge will continue to monitor the progress of final disposition.

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days after the filing date of this order, plaintiff shall file and serve a statement informing the court whether or not he opposes Mr. Carter's motion to withdraw.

IT IS SO ORDERED.

DATED: November 8, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE