Carter C. White, CA State Bar ID # 164149
UC Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VISMAL J. SINGH, et al.,<br><br>　　　　Defendant. | No. 2:12-CV-2552-KJM-AC-P<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |

  The parties stipulate and ask the Court to enter as an order a 60-day extension for the filing of dispositional documents in this case, up to and including February 2, 2018.

  The current deadline for filing dispositional documents is December 4, 2017. Good cause exists for an extension of time to file these documents. In response to a recent pro se filing by Plaintiff, counsel for Plaintiff has filed a motion to withdraw. That motion is set to be heard on December 13, 2017. Should the Court grant that motion, an additional 30 days will likely be necessary to allow counsel for Defendants to communicate directly with Plaintiff and obtain his signature on dispositional documents, or file their own motion to enforce the settlement. Defendants previously believed Plaintiff was going to sign the existing settlement agreement, but Plaintiff's recent motion suggests that may not be the case.

1
STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS – 2:12-CV-2552-KJM-AC-P

Wherefore, the parties ask the Court to order a 60-day extension for the filing of dispositional documents in this case, up to and including February 2, 2018.

Dated: November 8, 2017  Respectfully submitted,

*/S/ Carter C. White*

Carter C. White
Attorney for Plaintiff

*/S/ Tyler Heath*

Tyler Heath
Attorney for Defendants

<u>Order</u>

The time for filing dispositional documents in this case is extended to February 2, 2018.

It is so Ordered.

Dated: November 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE